UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| TERENCE D. LEAVY, et al. | : |
| | : |
| *Plaintiff,* | : |
| vs. | : CASE NO.: NO.: 25-11641 |
| | : |
| SHELDON NEELY, et al. | : Honorable Shalina D. Kumar |
| | : Magistrate Judge Curtis Ivy, Jr. |
| Defendants. | : |
| | : **ENTRY OF APPEARANCE** |
| | : |

COMES NOW, Frank R. Schirripa of Hach Rose Schirripa & Rehns LLP and hereby enters his appearance in the above-entitled matter, on behalf of Plaintiff, Terence D. Leavy.  Please include counsel on further certificates of service.

DATED this 3rd day of April 2026.

Hach Rose Schirripa & Rehns LLP


___*/s/ Frank R. Schirripa*_____
Frank R. Schirripa, Esquire
*Superseding Attorney*
NY Attorney ID#: 4103750
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsrlaw.com
(T) 212-213-8311