UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERENCE D. LEAVY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHELDON NEELY et al.,<br><br>Defendants. | Case No. 25-11641<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

## ORDER REGARDING LOCAL RULE 83.20(f)

Any attorney appearing as attorney of record in the district court, who is a member of the bar of this court and is not an active member of the State Bar of Michigan, must promptly specify a member of the bar of this court with an office in the district as local counsel. *See* E.D. Mich. LR 83.20(f). The Court cautions counsel that proceeding in the case while failing to specify local counsel or to obtain an exception from the local rule may result in appropriate sanctions. *See id.*; E.D. Mich. LR 11.1.

**SO ORDERED.**

Dated: April 10, 2026

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

Page **1** of **1**