**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TERENCE D. LEAVY, BEVERLY
BIGGS-LEAVY, JEDEDAH BROWN,
and JOHN GROFF,

      Plaintiffs,

v.

SHELDON A. NEELEY, TERENCE
GREEN, MICHAEL TISDALE, OFFICER
JONES, and OFFICER J. BRYANT, in
their official and individual capacities,

      Defendants.

Case No. 2:25-cv-11641-SDK-CI
Hon. Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

---

### DEFENDANTS' RESPONSE TO THE APPLICATION OF HACH ROSE SCHIRRIPA & REHNS, LLP AND FRANK R. SCHIRRIPA FOR ORDER RELIEVING COMPLIANCE WITH LOCAL RULE 83.20(f) (ECF 32)

Defendants Sheldon Neeley, Terence Green, Michal Tisdale, Officer Jones and Officer Bryant, ("Defendants") through their attorneys Butzel Long, a professional corporation, respectfully ask this Court to deny the Application of Hach Rose Schirripa & Rehns, LLC and Frank Schirripa (collectively "Plaintiff's Counsel") for Order Relieving Compliance with Local Rule 83.20(f), ECF 32 PageID.599 (the "Application") and in support thereof state as follows:

1. Defendants respectfully oppose Plaintiff's Counsel's Application, and in support of their opposition, state the following.

2.      One of the functions of local counsel is to assist out of state counsel regarding compliance with the Local Court Rules.

3.      Prior Plaintiff's counsel, Lawrence Katz, of the Lento Law Group, persistently demonstrated a disregard for the local rules, by conduct included but not limiting to the following actions.

      a.  Appearing without local counsel, and without an order relieving him of that obligation;

      b.  Filing briefs that failed to conform to formatting and organization requirement, e.g., filing using 12 pt. font, and failing to include tables of authorities, questions presented, etc.  See e.g., ECF 20 PageID.481 (Plaintiff's Opposition to Defendant's Motion to Disqualify) and E.D. Mich. LR 5.1(a)(3) and 7.1(d);

      c.  Combining a response to a motion with an integrated separate motion (to waive E.D. Mich. LR 83.20(f), see ECF 20 PageID.492.

4.      Likewise, new Plaintiff's Counsel's Application already demonstrates lack of compliance with the Local Rules, notably, that it uses 12 pt. font, in violation of ED Mich. LR 5.1(a)(3).

5.      The Application also fails to adequately identify which parties Plaintiff's Counsel represents, (not in the introduction nor signature block) and contains a nonsensical reference in that regard at Application par. 3 (ECF 32 Page.ID

600) wherein they state "HRSP and Schirripa **have been plaintiffs** in this action because of their experience…".   (Emphasis supplied.) This is the only statement in the Application that purports to identify the parties the Applicant represents, and it fails to make the identification with care or clarity.

6.      Importantly, the Application fails to note this court's Practice Guidelines, in which it is stated:

> *Pro hac vice* admission is not permitted. In addition, **this Court strictly enforces Local Rule 83.20(f),** which provides that any member of the Court bar who is not an active member of the State Bar of Michigan **must have local counsel**. (Emphasis supplied.)

See    "Practice    Guidelines"    link    at    this    court's    webpage, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=56

7.      Indeed, one of the grounds for disqualification asserted against Mr. Katz recognized by this Court in its prior Order disqualifying him included his failure to associate with local counsel "in violation of E.D. Mich. LR 83.20(f)(1)". See Order, ECF 28, PageID.593.

8.      Familiarity with this court's practices to assist out of state counsel is the primary function of local counsel, and Plaintiff's Counsel's Application aptly demonstrates the reasons why this court strictly enforces ED Mich. LR 83.20(f).

Wherefore, Defendants respectfully request that the Application of Hach Rose Schirripa & Rehns, LLC and Frank Schirripa to excuse compliance with E.D. Mich.

3

LR 83.20(f) be denied.

Dated:  April 13, 2026

**BUTZEL LONG**, **P.C.**

By: */s/ Frederick A. Berg*
    Frederick A. Berg (P38002)
    Sheldon H. Klein (P41062)
    Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BUTZEL LONG**, **P.C.**

By: */s/ Frederick A. Berg*
     Frederick A. Berg (P38002)
     Sheldon H. Klein (P41062)
     Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants