**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TERENCE D. LEAVY, BEVERLY
BIGGS-LEAVY, JEDEDAH BROWN,
and JOHN GROFF,

      Plaintiffs,

v.

SHELDON A. NEELEY, TERENCE
GREEN, MICHAEL TISDALE, OFFICER
JONES, and OFFICER J. BRYANT, in
their official and individual capacities,

      Defendants.

Case No. 2:25-cv-11641-SDK-CI
Hon. Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

_____

**DEFENDANTS' RESPONSE TO THE "CORRECTED" APPLICATION OF**
**HACH ROSE SCHIRRIPA & REHNS, LLP AND FRANK R. SCHIRRIPA**
**FOR ORDER RELIEVING COMPLIANCE WITH LOCAL RULE 83.20(f)**
**(ECF 34)**

Defendants Sheldon Neeley, Terence Green, Michal Tisdale, Officer Jones

and Officer Bryant, ("Defendants") through their attorneys Butzel Long, a

professional corporation, respectfully ask this Court to deny the Corrected

Application of Hach Rose Schirripa & Rehns, LLC and Frank Schirripa (collectively

"Plaintiff's Counsel") for Order Relieving Compliance with Local Rule 83.20(f),

ECF 34 PageID.608 (the "Application") and in support thereof state as follows:

1. Defendants respectfully oppose Plaintiff's Counsel's Application, and in support of their opposition, state the following.

2. One of the functions of local counsel is to assist out of state counsel regarding compliance with the Local Court Rules.

3. Prior Plaintiff's counsel, Lawrence Katz, of the Lento Law Group, persistently demonstrated a disregard for the local rules, by conduct included but not limiting to the following actions.

a. Appearing without local counsel, and without an order relieving him of that obligation;

b. Filing briefs that failed to conform to formatting and organization requirement, e.g., filing using 12 pt. font, and failing to include tables of authorities, questions presented, etc.  See e.g., ECF 20 PageID.481 (Plaintiff's Opposition to Defendant's Motion to Disqualify) and E.D. Mich. LR 5.1(a)(3) and 7.1(d);

c. Combining a response to a motion with an integrated separate motion (to waive E.D. Mich. LR 83.20(f), see ECF 20 PageID.492.

4. Likewise, new Plaintiff's Counsel's Application already demonstrated lack of compliance with the Local Rules, notably, that it used 12 pt. font, in violation of ED Mich. LR 5.1(a)(3), resulting in the need to file this Corrected Application to

comply with the Local Rules, (which also attempts to correct the failure to identify the parties the represent in par. 3)[1].

5.      Importantly, the Corrected Application fails to note this court's Practice Guidelines, in which it is stated:

> *Pro hac vice* admission is not permitted. In addition, **this Court strictly enforces Local Rule 83.20(f),** which provides that any member of the Court bar who is not an active member of the State Bar of Michigan **must have local counsel**. (Emphasis supplied.)

See "Practice Guidelines" link at this court's webpage,

https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=56

6.      Indeed, one of the grounds for disqualification asserted against Mr. Katz recognized by this Court in its prior Order disqualifying him included his failure to associate with local counsel "in violation of E.D. Mich. LR 83.20(f)(1)". See Order, ECF 28, PageID.593.

7.      Familiarity with this court's practices to assist out of state counsel is the primary function of local counsel, and Plaintiff's Counsel's Application aptly demonstrates the reasons why this court strictly enforces ED Mich. LR 83.20(f).

Wherefore, Defendants respectfully request that the Application of Hach Rose Schirripa & Rehns, LLC and Frank Schirripa to excuse compliance with E.D. Mich.

---

[1] The appearance of Applicant previously filed in this case states an appearance only for Plaintiff T. Leavy, not the other Plaintiffs, see ECF 30 PageId.597. Defendants respectfully suggest the Corrected Application does little to clarify the appearance.

LR 83.20(f) be denied.

Dated:  April 13, 2026

**BUTZEL LONG**, **P.C.**

By: */s/ Frederick A. Berg*

    Frederick A. Berg (P38002)
    Sheldon H. Klein (P41062)
    Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BUTZEL LONG**, **P.C.**

By: */s/ Frederick A. Berg*
Frederick A. Berg (P38002)
Sheldon H. Klein (P41062)
Laura S. Faussié (P48933)
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
(313) 225-7000
berg@butzel.com
klein@butzel.com
faussie@butzel.com
Attorneys for Defendants