UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Terence D. Leavy, et al.,

                              Plaintiff(s),

v.                                                      Case No. 4:25–cv–11641–SDK–CI
                                                        Hon. Shalina D. Kumar

Sheldon Neely, et al.,

                              Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

   PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Shalina D. Kumar as follows:

   • STATUS CONFERENCE:  May 12, 2026 at 11:00 AM

   The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

   **ADDITIONAL INFORMATION:**    *PLAINTIFFS MUST APPEAR AT THE STATUS CONFERENCE IF THEY ARE UNABLE TO RETAIN NEW COUNSEL.


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/T. Hallwood
                                              Case Manager


Dated:  April 17, 2026