UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERENCE D. LEAVY, et al. | |
| *Plaintiff,* | CASE NO.: NO.: 25-11641 |
| vs. | |
| SHELDON NEELY, et al. | Honorable Shalina D. Kumar |
| | Magistrate Judge Curtis Ivy, Jr. |
| Defendants. | **AMENDED NOTICE OF APPEARANCE** |

COMES NOW, Frank R. Schirripa of Hach Rose Schirripa & Rehns LLP and hereby enters his appearance in the above-entitled matter, on behalf of Plaintiffs Terence D. Leavy, Beverly Biggs-Leavy, Jedediah Brown and John Groff. This amends the previous notice, which did not identify all parties represented by Mr. Schirripa. Please include counsel on further certificates of service.

DATED this 1st day of May 2026.

**Hach Rose Schirripa & Rehns LLP**

_____*/s/ Frank Schirripa*_____
Frank R. Schirrpa, Esq.
*Superseding Attorney*
NY Attorney ID#: 4103750
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsrlaw.com