## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TERENCE D. LEAVY, BEVERLY
BIGGS-LEAVY, JEDEDIAH BROWN,
and JOHN GROFF

      Plaintiffs,

v.

SHELDON A. NEELEY, TERENCE
GREEN, MICHAEL TISDALE, OFFICER
JONES, and OFFICER J. BRYANT
in their official and individual capacities,

      Defendants.

Case No. 4:25-cv-11641

Honorable Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

_____/

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
       Attorneys of Record

Please enter the Appearance of David J. Shea of Shea Law, PLLC as counsel on behalf of Plaintiffs in the above-captioned matter. Please direct all future pleadings, notices, and correspondence accordingly.

1

2

Respectfully Submitted,

*/s/ David J. Shea*
David J. Shea (P41399)
Attorneys for Plaintiffs
Shea Law, PLLC
26100 American Dr., 2nd Floor
Southfield, MI 48034
(248) 354-0224

Dated: May 5, 2026

2

## <u>CERTIFICATE OF SERVICE</u>

I, Sarah K. Shea, hereby certify that on May 5, 2026, I filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties and counsel of record. The above statement is true to the best of my knowledge, information, and belief.

*/s/ Sarah K. Shea*
Sarah K. Shea
