UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERENCE D. LEAVY et al.,

Plaintiffs,

v.

SHELDON NEELY et al.,

Defendants.

Case No. 25-11641
Honorable Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

**ORDER LIFTING STAY, STRIKING PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS (ECF NOS. 17, 18), AND REQUIRING PLAINTIFFS TO FILE A NEW RESPONSE TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 16)**

Defendants have filed a motion to dismiss plaintiffs' complaint. ECF No. 16. Plaintiffs, through Attorney Lawrence A. Katz ("Katz"), filed a response. ECF Nos. 17, 18. On February 28, 2026, the Court disqualified Katz and stayed the case to allow plaintiffs to retain new counsel. ECF No. 28. Because his participation in this case was not permissible, the response filed by Katz is **STRICKEN** from the record. Plaintiffs have retained new counsel, ECF Nos. 38, 39, and the Court **LIFTS** the stay.

**IT IS ORDERED** that plaintiffs shall file a new response to defendants' motion to dismiss (ECF No. 16) **no later than May 29, 2026**.

Page **1** of **2**

Defendants may file an amended reply in support of its motion **no later than June 12, 2026**.

    **IT IS SO ORDERED**.

                     <u>s/ Shalina D. Kumar</u>
                     SHALINA D. KUMAR
Dated: May 8, 2026          United States District Judge