UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERENCE D. LEAVY et al.,<br>Plaintiffs,<br>v.<br>SHELDON NEELY et al.,<br>Defendants. | Case No. 25-11641<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

## JUDGMENT

In accordance with the Court's Opinion issued on September 30, 2026, **IT IS ORDERED AND ADJUDGED** that Plaintiffs' federal claims against Defendants are **DISMISSED WITH PREJUDICE**. Plaintiffs' state law claim is **DISMISSED WITHOUT PREJUDICE**.

Dated at Flint, Michigan, this 30th day of September, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

s/Tammy Hallwood
Deputy Clerk

APPROVED BY:

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge